UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>                                Plaintiff,<br><br>v.<br><br>HERITAGE LA MESA INVESTMENTS LLC d/b/a HERITAGE INN LA MESA,<br><br>                               Defendant. | Case No.:  18-CV-793-CAB-WVG<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 16] |

    Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

    It is **SO ORDERED**.

Dated:  September 13, 2018

                                                                    Hon. Cathy Ann Bencivengo<br>                                                                      United States District Judge